UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

August 24, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 06-0232-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| KEING PHAT LIENG, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KEING PHAT LIENG , Case No.  MAG. 06-

0232-KJM  , Charge  21USC § 841(a)(1)  , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)       Pretrial Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 24, 2006  at  2:00 p.m..

By   /s/ Gregory G. Hollows
_____
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court